UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08-CV-16-1-MU

| | |
|---|---|
| LYNN ALAN PALMER, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **O R D E R** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**THIS MATTER** is before the Court upon Petitioner's "Motion in Request of Reconsideration" (Doc. No. 14), filed on May 19, 2008.

Petitioner requests that this Court reconsider it Order, filed on May 5, 2008, granting Respondent's Motion for Summary Judgment. On May 12, 2008, this Court, on its own Motion, vacated the Order granting Summary Judgment to Respondent (Doc. No. 13.) Given that this Court has already vacated the dismissal order, the instant Motion to Reconsider is moot.

**IT IS, THEREFORE, ORDERED** that the Petitioner's "Motion in Request of Reconsideration" (Doc. No. 14) is **DENIED.**

Signed: June 2, 2008

Graham C. Mullen
United States District Judge